Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1364
(Opposition No. 91/160,072)


CHESTER L. KRAUSE,

Appellant,

v.

KRAUSE PUBLICATIONS, INC.,

Appellee.


John A. Clifford, Merchant & Gould P.C., of Minneapolis, Minnesota, argued for appellant. With him on the brief was Gregory C. Golla.

Brian G. Gilpin, Godfrey & Kahn, S.C., of Milwaukee, Wisconsin, argued for appellee. With him on the brief was Kristi J. Hinner.


Appealed from: United States Patent and Trademark Office
Trademark Trial and Appeal Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1364

CHESTER L. KRAUSE,

Appellant,

v.

KRAUSE PUBLICATIONS, INC.,

Appellee.

# Judgment

ON APPEAL  from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

in CASE NO(S). 91/160,072.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, Circuit Judge, CLEVENGER, Senior Circuit Judge, and LINN, Circuit Judge.)

AFFIRMED.  See Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED:  December 7, 2007          / s / Jan Horbaly
                                        Jan Horbaly, Clerk